# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Taryn Dietrich

         Plaintiff,

v.                Case No.: 1:18−cv−04871
                Honorable Nancy L. Maldonado

C. H. Robinson Worldwide, Inc.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2023:

   MINUTE entry before the Honorable Nancy L. Maldonado: Motion hearing held on 02/08/2023 via WebEx video conference. For the reasons stated on the record, Plaintiff's motion for preliminary approval of the parties' class action settlement agreement [261] is granted. By 02/10/2023, the parties are directed to file a revised class notice on the docket with the corrections and edits discussed on the record, and they should also submit a revised proposed order to the Court's proposed order email. As noted on the record, the proposed order should include a chart with all the necessary dates pursuant to the agreement. The Court will set a date for the fairness hearing upon receipt of the revised proposed order.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.