**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Taryn Dietrich

                                      Plaintiff,

v.                                                                       Case No.: 1:18−cv−04871
                                                                      Honorable Nancy L. Maldonado

C. H. Robinson Worldwide, Inc.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Motion hearing held on 5/31/2023. Plaintiff's motion for attorney's fees and costs [268] and motion for final approval of settlement [268] are granted for the reasons stated on the record. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.